# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP - 1 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Hugo Alejandro DE HOYOS, YOB: 1976 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-16-1606-M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __8/27/2016__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally Conspire to possess with Intent to Distribute more than five (5) kilograms of Cocaine, a Schedule II Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes  No

approved by
JOSH [signature]

Signature of Complainant
Reinaldo Mercado, DEA Special Agent

Sworn to before me and subscribed in my presence,

September 1, 2016    9:00 am    At    McAllen, Texas
Date                                  City and State

Peter Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

On August 27, 2016, the San Juan Police Department received a 911 call related to an accident located at Moore Road and South Stewart Road, San Juan, Texas. Upon arrival, San Juan Officer Salvador Hernandez and USBP Agent Gilbert Barron noticed that the vehicle had struck a tree and was left abandoned. A search of the vehicle revealed bundles believed to be cocaine wrapped in black and gray tape. The bundles were later taken to the McAllen D.O. and field tested. The bundles tested positive for cocaine and had an approximate weight of 49.08 kilograms.

On August 31, 2016, based on previous information provided to DEA Agents, DEA Agents interviewed Hugo DE HOYOS at the DEA Office. While at the DEA Office DE HOYOS was advised of his Miranda warning rights and agreed to make a statement. DE HOYOS confessed to agents that he had repackaged some of the bundles prior to transport and had hired a driver to transport the bundles recovered from the accident in San Juan, Texas. ~~DE HOYOS advised that he.~~ DE HOYOS stated he had bundles of cocaine at his residence located on Pecina Street and South Cesar Chavez in San Juan, Texas.

On that same date, Agents from the McAllen D.O. Group D-84 obtained consent from DE HOYOS and went to DE HOYOS residence resulting in the seizure of fifteen (15) bundles in the rear area of the property. The bundles had a total weight of approximately 18.3 kilograms and field tested positive for the presence of cocaine.